Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
## for the
## NORTHERN DISTRICT OF ALABAMA

Tamitha Benson Marshall,

*Plaintiff,*

*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

v.

J and J America

*Defendant(s),*

*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)*

Case: 1:24-cv-02370
Assigned To : Unassigned
Assign. Date : 8/8/2024
Description: Employ. Discrim. (H-DECK)

Case No.:_____
*(to be filled in by the Clerk's Office)*

JURY TRIAL ☐ Yes ☑ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff

Name

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

J and J America
E Street, 5000 US-280
Alexander
Alabama 35010
(256) 392-4924

☐ Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.

August 2, 2024

**Date**

Tamitha Benson Marshall

**Participant Signature**

Page 1 of 7

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

Defendant No. 4

Name                                   IDA Bell Wesley

Job or Title *(if known)*

Street Address

City and County                        Tallassee

State and Zip Code                     Alabama

Telephone Number                       (334) 322-4080

E-mail Address *(if known)*

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

Name                     SeiTin America

Street Address           914 THweaty Industrial Blvd

City and County          Dadeville @ Tallapoosa

State and Zip Code       Alabama

Telephone Number

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s):

November 7, 2019 — June 9, 2020
June 9, 2020 until to day it hasn't stopped.

C.    I believe that defendant(s) (check one):

☑    is/are still committing these acts against me

☐    is/are not still committing these acts against me

D.    Defendant(s) discriminated against me based on my (check all that apply and explain):

☑    race            I'm black with Indian heritage.

☐    color

☐    gender/sex

☑    religion        christian

☐    national origin

☑    age (year of birth)    1976
                        (only when asserting a claim of age discrimination)

☐    disability or perceived disability (specify disability)_____

E.    The facts of my case are as follows. Attach additional pages if needed. I am being told that I am to old to work. I am being discriminated against because of my race/color. My hairs are tampered both when I am working. I am being told that I'm to old because I won't join a trans group that sells and sleeps with everyone on and off the job.

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## VI.  ` Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

### B.    For Attorneys

Date of Signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

Defendant No. 4

Name _____ Elmore County Board of Education_____

Job or Title *(if known)* _____

Street Address _____ 100 H H Robinson Drive_____

City and County _____ Wetumpka   Elmore_____

State and Zip Code _____ Alabama  36092_____

Telephone Number _____ 567-1200_____

E-mail Address *(if known)* _____

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

Name _____ US Agencies (Canfie)_____

Street Address _____ 956 Ann Street_____

City and County _____ Montgomery, Montgomery_____

State and Zip Code _____ Alabama  36107_____

Telephone Number _____ 269-8516_____

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

Page 3 of 7

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s):
      From the year of 2020 until now.

C.    I believe that defendant(s) (check one):

      ☑    is/are still committing these acts against me

      ☐    is/are not still committing these acts against me

D.    Defendant(s) discriminated against me based on my (check all that apply and explain):

      ☑    race          Black and Indian

      ☑    color         _____

      ☐    gender/sex    _____

      ☐    religion      _____

      ☐    national origin _____

      ☑    age (year of birth)    47   11/19/1976
                         (only when asserting a claim of age discrimination)

      ☐    disability or perceived disability (specify disability)_____

E.    The facts of my case are as follows. Attach additional pages if needed. My age is 47 they were bringing young girls in to make me feel intimidated while telling me that I'm to old to work. Each position that I applied for they had several applicants show up to apply for the position when they found out where I was

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
    Name     Marco Thomas
    Job or Title *(if known)*
    Street Address
    City and County     Montgomery County
    State and Zip Code     Alabama
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2
    Name     Montgomery Police Department
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

August 1, 2024

Dear Platform,

I have prepared a delayed deposition in response to 2 Equal Employment Opportunity Commission Complaints and Right to Sue Determination documents. The Agency charge number 420-2020-00518 was completed in August of 2020. The documents were prepared under the Title VII which included and EPA (Equal Pay Act). An EPA is generally attached to class Action Lawsuits. I am opposing the class that was attached to my lawsuits. They caused these issues. I filed the documents in the Northern District Court of Birmingham in 2020. After the Court received my prepared brief the case was dismissed without prejudice. I refiled the lawsuit electronically on the Courts website under the pro se section. The next charge number is 420-2023-02192. I have not filed this lawsuit in any court because my submission

has been blocked. I'd like to make a request that my case be filed in forma pauperis. I have included a completed an order to proceed without prepaying costs. Please accept this document on my behalf. The discrimination has left me financially exhausted. The complaints include details in reference to workplace abuse, workplace violence, illegal work regulations, discrimination, retaliation, rude cruel jokes, bullying and sexual abuse. I'd like to avoid discussing the sexual abuse complaint as much as possible. These incidents were also reported to (OSHA). I don't want to go into lenghty detail about the abuse. I've been held in court for over a decade. I am forwarding this deposition explaining and demanding assistance and compensation for these abusive incidents. I am also requesting mortgage assistance in reference to mortgage fraud and discrimination. I am also requesting compensation

for unpaid unemployment compensation, stolen vehicles, insurance fraud and punitive damages. All of these damages were caused by the public which has been determined in several investigations over several years.

Compensation requested as follows:

1) Unemployment insurance compensation denied several times. Since I filed the initial complaint in 2020 I've been unemployed and discriminated against. I've been denied work even if it correlates to my skills. I've been bullied on the job and the employees rally, picket, riot and demonstrate on the premises of the businesses opposing me being there. They support the pedophile instead. This has left me unable to pay bills and support myself in certain instances.

2) I've had one car repoed illegally after fraudulent paperwork was completed during the financing process. I've had

one truck repoed although I'd filed bankruptcy and taken the documents to the title pawn company that was the lien holder on my title. I was told that the panel that caused me these damages were contacting the attorneys office (Brock & Stolz) asking them about me filing for bankruptcy. I was given 30 days by Emma Cover (334) 203-7355 to bring all the documents that they were requesting from me to complete my case. I was given a File # 23-24056 and the paperwork that listed the remaining documents that I needed to forward to the attorneys office. My truck was repoed 4 days after I paid the bankruptcy filing fee.

3) I purchased my home in 2007 through Country Wide Home Loans, which sold the mortgages to Bank of America Home Loans. During the first closing illegal documents were attached to my mortgage

documents allowing authorities to live out my property virtual and rent it out to the public for commercial property. Tina and Mark Crane were the previous owners of the property I bought from them. In the contract the verbage was disgusting. There were clauses and discussions that were agreed upon by law enforcement, and family members stating that the previous landlords were approved to sell me. I later found this out in investigations. My property was being used by the neighborhood and the public for television, franchises, commercials and they have a satellite that shows my home and everything that I do. I was married with two kids and was being priced and sole as a sex worker to the public until I found out and filed suit. Now they are refusing to arrest the defendants and they are refusing to compensate me

for the damages. Discrimination kept me out of work so I was able to pay my mortgage. The mortgage company assisted me with a forebearance agreement for 9 months to assist me with the issue. After the forebearance agreement ended the second time they only offered me a partial claim agreement which I couldn't afford. No matter how much I explained the situation to the Mortgage Company and asked for further assistance the werent fair with me and I continued to receive piles of documents from the terrorist panel with confusing notes about my mortgage. The On 4/30/2024 I received documents stating that my home is in foreclosure and that it will be sold on September 12,2024 through the Ideal County courthouse. I want something done about this.

4) The terrorist panel from Fox News, Facebook, Twitter and other apps sent people.

to my property on several occassions to steal clothing, damage the flooring, to break blinds, poke wholes in the outside of the house and the roof. They cut several trees down on my property and each time I've tried to cut grass I've gotten death threats and police sirens coming by my neighborhood as if I am under arrest. They have listed my property as a government seizure that's connected to drugs. I've never done drugs or sold drugs. Then I received documents stating that my property was in foreclosure. I contacted my homeowners insurance company on several occasions to file claims for the damages that were done to my home. I was refused compensation for the damages and the money was given to my neighbor and the public. I've included some of the documents that were being mailed to me from the mortgage

Company stating that they could use my homeowners insurance to pay for my mortgage arrearage. Several other incidents happened that caused me damages in reference to these complaints. The illegal trespassers requested extensions to remain on my property which is attached to several News outlets like Fox News that I owned. These News outlets were closed by the Federal Government and I sold them. But the trespassers are still trying to keep them illegally for the public holding them on computers at the public library. The extensions were requested through HUD. Several illegal transactions were done using the equity on my home. The proceeds were financed through Bank United N.A. to allow them funds to promote not work and use Fox News as their own.

I've proven all of my cases and uploaded exhibits for evidence for several years backing my

claims of negligence. The courts are refusing to compensate me they are in favor of the perpetrator. They've been stealing funds paying the neighborhood that I live in and the general public. A previous company that I worked for called Segin in Dadeville, Alabama uses my government cellphone, my old desktop computer with an illegal app hooked into foreign country's to transfer and distribute money to support their illegal business dealings. I've saw them cut checks and deliver them to Prolinh in Dadeville Al for pickup. These funds are being distributed to cops attorneys that are paying themselves from cases that I've created fixed and forwarded evidence. The opposing party (terrorists) backed me from the bar and I couldn't get a pro bono attorney to assist me with my cases. They stole all of my evidence and has been compensating themselves. They're calling the terrorist group sorry, the L wife and so. The attorneys that I know for

Sure that were on the case lists as follows:

1) Wettermark Keith

2) Alexander Shunnarah

3) Mike Slocumb

4) The Vance Law Firm

5) Glenda Mitchell Law Firm and several others. I also contacted legal services of Alabama I gave them my case information and they didn't help me. I also contacted McPhillips Shinbaum twice and was rejected by the attorneys but the collected evidence from the case that I bought. My personal cellphone has been confiscated and my email address Tamiha Benson Marshall @gmail.com. My evidence is doched and seized. I'm filing suit against the Elmore County Sheriffs office in reference to my abuse and the support of the public against me. I am filing suit against the State of

Alabama in reference to me not being able to work or forward applications and for not compensating me for my unemployment. Each time I file a complaint the very same person tells the terrorists to wash whatever documents that I am filing to keep from compensating me. I want my compensation for the damages that have been caused to me financially, physically, verbally and mentally. To keep from paying me authorities are following me around and telling people that I'm mentally unstable. It's embarrassing and I want them remove from my property and my life. I'm being followed to the doctors office and being misdiagnosed with notes and symptoms that I don't have. I've reported two doctors to the medical board and the person is still following me to doctors appointments. Then goes on Fox News and other websites discussing my symptoms

and telling other people what they're going to do next. I get threatened each day telling me to end my complaints and my lawsuits and I've been. They are filing fradulent suits and complaints on me, allowing other folks to use my identity and telling everyone that I'm a subject and I have broken any laws.

Tanitha Benson Marshall

I no longer want to be in court on my phone. Please close my cases and comperate me. From investigations there have been severals stars that have been involved in this abusive situation. They call themselves the bach and I want them prosecuted from what they did to me and the fake reputation that the created about me. I'm a christian I'm not a prostitute or a whore they are.

Plaintiff

1) ~~Bank~~ Bank United N/A
14817 Oak Lane
Miami Lakes, Florida
33016
(786-313-1010

2) HUD
U.S. Department of
Housing and Urban Development
(202) 708-1112

451 7th Street SW,
Washington, DC
20410

3) Mcphael Sanchez LLC.
12 Government Street
Post office Box 870
Mobile, AL
36601-0870
(251) 438-2533

4) Soloman Baggett, LLC
3763 Rosers Bridge
Duluth, Georgia
30097
(678) 243-2515



5) Alabama Power
200 Dexter Avenue
Montgomery, AL
35098
1-800-245-2244

Allowing the use of power to my
house to be utilized with the
meter to commit crimes. My
home now has faulty wiring
because of the trespassers
connecting wiring to build
a car with the refrigerator
and other devices. My home is
about to burn down because
of it.

6) Wetumpha Water Works
2909 Elmore Road
Wetumpha, AL.
36092
(334) 567-8404

Allowing the usage of my
account to the public.

7) Alabama State Employes
Credet Union
885 Wilson Street
Wetumpha, AL
(334) 270-9011

Allowing the public use to my personal accounts to harass and monitor me. This caused me several bank overdraft fees because they were sending in payments before time from gym memberships to caused overdrafts on my power bill. A person was doing that.

8) United States Postal Service
   216 W Fort Toulouse RD
   Wetumpka, AL
            36092

The post office allows the delivery of mail for the tresspassers. The postal delivery person delivers the mail when they are given a calculated time. My mail has been given to the public for them to read on several occassions. My mail has been taken back to the post office on serval occassions on purpose to annoy me. My mail has been opened on several occassions by the public. The public sends out a message telling a person to pick my mail

up and hold it for the panel to read so that they can know about my business and try to monitor it and stay on track.

9) DACSEU
2515 Lawrence Street
Montgomery, AL
36104
(334) 832-1299

I was served from the Attorney Generals office with a petition on June 19, 2024 in reference to court proceedings. I am tired of being abused and harassed

10) Fox News
1211 Avenue of the Americas
New York, New York
10036
(888) 369-4762

I owned Fox News it has been stolen and is being used by people that aren't supposed to be using it. The same goes for New York Post and New York Times. This was my news channel for reporting

my complaints I had contracts with the companies and they were stolen by a neighbor. I want them removed from the Network permanently. It does not belong to him, It was sold to congress not him. It's linked to my personal cellphone that's been hacked for several years.

11) Qlink Wireless
1200 E Sheridan street Ste 200
1-800-318-1084
Executive Resolution Department
9700 N.W. 112th Avenue
Miami, Fl. 33178
My phone is hacked by criminals I want compensation for the issues that they've caused me.

12) T Mobile Customer Relations
Metro by T Mobile
P.O Box 37380
Albuquerque, NM 87176-7380
I was previously with Metro before I went to Safelink Wireless. My phone was hacked the entire time. My phone

keep getting disconnected after I made payments. Each time I try to people off make a call my phone is disconnected by the trespassers.

(888) 8-Metro-8

628 S Memorial Drive
Prattville, AL
36007
(334) 491-0201

Move these people out of my phone and compensate me for the damages. And the privacy issues that I've experienced. This guy is claiming to be law enforcement that lives at 901 Milly Francis Street. I Don't Care I want him removed from my phone and my property. These people have caused me issues that has nothing to do with me. This is my phone my phone number is (334) 201-0454. My phone is hacked it's been hacked for several years by this guy. I want him moved.

This is a portion of the transcript of the case that I filed in 2060. I tried filing a new case about my most recent complains and charges but the court documents ar blocked. I was petitioned from the court about child support and I am still being abused @ the illuminati and illegal terorrists. I cannot fully complete the court documents. Please help me with my mortgage situation and the compensation of my unemployment benefits. As well as compensations for other violations that I listed. I went to the library a few months ago to file suit and found that another person was trying to file this illegal lawsuit against me.

I walked into three business last week to apply for a job. The employees started demonstrating in reference to me applying for a job. I was served with court documents last month in June in reference to the abusive situation. Last night I was contacted from one of the jobs the name of the business is Pizza Perfect. Each time I apply for a job the same Sheriff gets online discussing me with a team that he refers to as the S-team. He hacks my phone with the managers phone and the other employees. They all get in a text group and post comments about me online. They are given all of my information and they call me from my creditors. They call me from my mortgage company. They have the public harassing me and driving trucks and vehicles by my house. The only reason he had this guy to call me for an

interview is because he's trying to develop a new group to harass me and because he wants to stay online where he's not wanted. It's also because he's trying to help the sex traffickers stay online. Each time I apply for a position and go for an 'interview and start work the management and employees are already informed with information to start harassing me.

Pizza Perfect
Coliseum Blvd
Montgomery AL
(334) 844-7721

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: _August 2, 2024_

Signature of Plaintiff: _Tamitha Benson Marshall_

Printed Name of Plaintiff: _Tamitha Benson Marshall_

### B. For Attorneys

Date of Signing: _____

Signature of Attorney: _Tamitha Benson Marshall_

Printed Name of Attorney: _Tamitha Benson Marshall_

Bar Number: _(334) 269-1515_

Name of Law Firm: _I've been my own lawyer_

Street Address: _____

State and Zip Code: _Wetumpha, AL 36016_

Telephone Number: _(334) 464-6454_

E-mail Address: _____